1 | CORI R. SARNO, ESQ., SB No. 230559
     Email: csarno@akk-law.com
2 | SEAN D. O'DOWD, ESQ., SB No. 296320
     Email: sodowd@akk-law.com
3 | **ANGELO, KILDAY & KILDUFF, LLP**
4 | Attorneys at Law
5 | 601 University Avenue, Suite 150
    Sacramento, CA  95825
6 | Telephone:  (916) 564-6100
    Telecopier:  (916) 564-6263
7 |
8 | Attorneys for Defendant COUNTY OF YOLO, erroneously sued herein as YOLO COUNTY SOCIAL SERVICES DEPARTMENT
9 |
10 | Robert C. Bowman Jr. (SBN 232388)
     LAW OFFICE OF BOWMAN & ASSOCIATES
11 | *A Professional Law Corporation*
12 | 3841 North Freeway Blvd., Suite 185
     Sacramento, CA 95834
13 | Telephone: (916) 923-2800
     Facsimile: (916) 923-2828
14 |
15 | Attorney for Plaintiff,
     IVY ANDERSON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IVY ANDERSON, <br>　　　　　　　　Plaintiff, <br><br>　　　　vs. <br><br>YOLO COUNTY SOCIAL SERVICES DEPARTMENT, <br><br>　　　　　　　　Defendants. | Case No.:  2:16-cv-02466-WBS-DB <br><br> **STIPULATION AND [proposed] ORDER TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

///

///

///

The Pretrial Scheduling Conference is set for February 27, 2017.  Based on that date, the parties were to meet and confer and prepare a Joint Pretrial Scheduling Statement by February 13, 2017.  Defendant's Motion to Dismiss was under submission as of February 13, 2017.   On February 14, 2017, the Court issued its Memorandum and Order re: Motion to Dismiss (Dkt #8) granting Defendant's Motion to Dismiss.  Plaintiff has 20 days, or until March 6, 2017, to file her Second Amended Complaint.  Given the current ruling on the motion to dismiss, the parties request that the Pretrial Scheduling Conference be continued until at least 60 days after the Defendant answers the operative complaint, which interval would give counsel the time and ability to ascertain the work required to resolve the disputed facts and any further legal issues.

IT IS SO STIPULATED.

Dated:  February 15, 2017           LAW OFFICE OF BOWMAN & ASSOCIATES

*/s/ Robert C. Bowman, Jr.*
By:_____
ROBERT C. BOWMAN JR.
Attorney for Plaintiff

Dated:  February 15, 2017           ANGELO, KILDAY & KILDUFF, LLP

*/s/ Cori R. Sarno*
By:_____
CORI R. SARNO
SEAN D. O'DOWD
Attorneys for Defendant

118873

**ORDER**

Good cause appearing, the Scheduling Conference is hereby continued to **June 5, 2017 at 1:30 p.m. in Courtroom 5 (WBS).** A Joint Status must be filed on behalf of the parties on or before **May 22, 2017.**

**IT IS SO ORDERED**.

Dated:  February 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE