1   CORI R. SARNO, ESQ., SB No. 230559
       Email: csarno@akk-law.com
2   SEAN D. O'DOWD, ESQ., SB No. 296320
       Email: sodowd@akk-law.com
3   **ANGELO, KILDAY & KILDUFF, LLP**
    Attorneys at Law
4   601 University Avenue, Suite 150
5   Sacramento, CA  95825
    Telephone:  (916) 564-6100
6   Telecopier:  (916) 564-6263

7   Attorneys for Defendant COUNTY OF YOLO, erroneously sued herein as YOLO COUNTY
8   SOCIAL SERVICES DEPARTMENT

9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13   IVY ANDERSON,                        )  Case No.:  2:16-cv-02466-WBS-DB
                                          )
14                          Plaintiff,    )  **ORDER FOR DISMISSAL PURSUANT**
                                          )  **TO FRCP 41(b)**
15                vs.                      )
                                          )
16   YOLO COUNTY SOCIAL SERVICES          )
17   DEPARTMENT,                           )
                                          )
18                          Defendants.   )
19   _____ )

20                            <u>**ORDER**</u>

21          Defendant moved to dismiss Plaintiff's First Amended Complaint in this action pursuant

22   to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.   The Court granted

23   Defendant's Motion to Dismiss without prejudice on February 14, 2017.   (ECF No. 8)   The

24   Court gave Plaintiff twenty-one days from February 14, 2017 to file a second amended

25   complaint.   As of today's date, no second amended complaint has been filed.   Thus, Plaintiff has

26   not complied with the Court's order by timely filing a second amended complaint and has further

27   failed to prosecute this action.

28

                                        -1-

1        In light of the foregoing, this action is hereby DISMISSED pursuant to FRCP 41(b).

2   The Scheduling Conference set for June 5, 2017 is VACATED.

3   IT IS SO ORDERED.

4

5   Dated:  March 21, 2017

    WILLIAM B. SHUBB
6   UNITED STATES DISTRICT JUDGE

7   120141

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28